RICHARD O. CROSS, Appellant, *v.* TOWN OF HARMONY, Respondent.

Submitted March 4, 1941; decided April 17, 1941.

*Alton R. Erickson* for appellant.

*McKinley L. Phillips* and *W. Travis Look* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY. CONWAY and DESMOND, JJ. Taking no part: LEWIS, J.